JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff/Petitioner,<br><br>　　v.<br><br>BRYCE M. KNIGHT,<br><br>　　　　Defendant/Respondent. | Case No. **2:21-mc-00003-MWF-GJS**<br><br>**FINAL JUDGMENT AS TO BRYCE M. KNIGHT** |

THIS MATTER comes before the Court on the Plaintiff/Petitioner's Application for an order compelling Respondent Bryce M. Knight ("Defendant" or "Knight") to show cause why judgment should not be entered against him pursuant to Section 21(e) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u(e)(1) ("Section 21(e)") and Section 42(d) of the Investment Company Act of 1940 (the "Investment Company Act"), 15 U.S.C. § 80a-41(d).

It is **ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of the United States Securities and Exchange Commission (the "Commission") against Defendant Knight for a civil monetary penalty in the

amount of $50,000, plus all accrued post-order interest through the entry of this Final Judgment.

It is further **ORDERED, ADJUDGED AND DECREED** that the amounts awarded herein shall be subject to post-judgment interest, pursuant to § 28 U.S.C. 1961, from the date of this Final Judgment until the date all amounts owed have been paid.

It is further **ORDERED, ADJUDGED AND DECREED** that Defendant may transmit payment(s) electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payments may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

 and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; the name of the defendant in this action making payment; and specifying that payment is made pursuant to this Final Judgment.

It is further **ORDERED, ADJUDGED AND DECREED** that Defendant shall simultaneously transmit photocopies of evidence of payment and case

identifying information to the Commission's counsel in this action. By making payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant.

It is further **ORDERED, ADJUDGED AND DECREED** that the non-monetary terms of the Commission's Administrative Order imposed against Defendant on January 14, 2016 are fully incorporated herein and subject to enforcement through this Final Judgment. Accordingly, it is hereby further ORDERED that:

(a) Defendant Knight shall cease and desist from committing or causing any violations and any future violations of Sections 13(a), 13(b)(2)(A), and 13(b)(2)(B) of the Exchange Act, and Rules 12b-20, 13a-1, 13a-13, 13a-14, and 13b2-1 thereunder, and Sections 23(a) and 34(b) of the Investment Company Act and Rule 38a-1 thereunder;

(b) Defendant Knight is prohibited from serving or acting as an employee, officer, director, member of an advisory board, investment adviser or depositor of, or principal underwriter for, a registered investment company or affiliated person of such investment adviser, depositor, or principal underwriter; and

(c) Any reapplication for association by Defendant will be subject to the applicable laws and regulations governing the reentry process, and reentry may be conditioned upon a number of factors, including, but not limited to, the satisfaction

of any or all of the following: (a) any disgorgement ordered against Defendant, whether or not the Commission has fully or partially waived payment of such disgorgement; (b) any arbitration award related to the conduct that served as the basis for the Commission order; (c) any self-regulatory organization arbitration award to a customer, whether or not related to the conduct that served as the basis for the Commission order; and (d) any restitution order by a self-regulatory organization, whether or not related to the conduct that served as the basis for the Commission order.

It is further **ORDERED, ADJUDGED AND DECREED** that the Court shall retain jurisdiction over this action for all purposes, including to implement and enforce the terms of this Final Judgment; and all other orders and decrees which may have been or may be entered in this case, and to grant such relief as this Court may deem necessary and just.

It is further **ORDERED, ADJUDGED, AND DECREED** that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the application are true and admitted by Defendant, and further, any debt for disgorgement, civil penalty or other amounts due by Defendant under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation of the federal securities laws or any regulation or order

issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

Dated this 2nd day of April, 2021

_____
United States District Court Judge

Presented by:

/s/ Shuman Sohrn
Shuman Sohrn (*pro hac vice* pending)
Attorney for U.S. Securities and
Exchange Commission